1  **JASON G. REVZIN**
   Nevada Bar No. 008629
2  jason.revzin@lewisbrisbois.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   6385 S. Rainbow Blvd., Suite 600
4  Las Vegas, Nevada  89118
   (702) 893-3383
5  (702) 893-3789 Fax
   ***Counsel for Trans Union LLC***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LARRY NORMAN,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION, LLC, AND WESTSTAR FEDERAL CREDIT UNION,<br><br>Defendant. | Case No. 2:18-cv-01214-APG-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Larry Norman ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On July 3, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is July 26, 2018.  Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including August 24, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

| | | |
|---|---|---|
| 1 | Dated this 19th day of July, 2018 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 2 | | /s/ *Jason G. Revzin* |
| 3 | | Jason G. Revzin |
| | | Nevada Bar No. 8629 |
| 4 | | 6385 South Rainbow Blvd., Suite 600 |
| | | Las Vegas, NV 89118 |
| 5 | | Telephone: (702) 893-3383 |
| | | Facsimile: (702) 893-3789 |
| 6 | | Email: Jason.revzin@lewisbrisbois.com |
| 7 | | Counsel for Trans Union LLC |
| 8 | | **KNEPPER & CLARK, LLC** |
| | | **HAINES & KRIEGER, LLC** |
| 9 | | /s/ *Matthew I. Knepper* |
| 10 | | Matthew I. Knepper |
| | | Nevada Bar No. 12796 |
| 11 | | Miles N. Clark |
| | | Nevada Bar No. 13848 |
| 12 | | 10040 W. Cheyenne Ave., Suite170-109 |
| 13 | | Las Vegas, NV 89129 |
| | | Telephone: (702) 825-6060 |
| 14 | | Facsimile: (702) 447-8048 |
| | | Email: matthew.knepper@knepperclark.com |
| 15 | | Email: miles.clark@knepperclark.com |
| 16 | | and |
| | | David H. Krieger |
| 17 | | Nevada Bar No. 9086 |
| | | 8985 S. Eastern Avenue, Suite 350 |
| 18 | | Henderson, NV 89123 |
| 19 | | Telephone: (702) 880-5554 |
| | | Facsimile: (702) 383-5518 |
| 20 | | Email: dkrieger@hainesandkrieger.com |
| | | Counsel for Plaintiff |

**ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 20th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the answer/response to the complaint must be filed on or before August 24, 2018.