ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
LYNNE K. McCHRYSTAL, ESQ.
Nevada Bar No. 14739
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9301
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
       lmcchrystal@grsm.com
       mailto:wwong@grsm.com
*Attorneys for WestStar Credit Union*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LARRY NORMAN, <br><br> Plaintiff, <br><br> vs. <br><br> WESTSTAR FEDERAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC. <br><br> Defendants. | Case No.: 2:18-cv-01214-APG-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO COMPLAINT [ECF NO. 1]** <br><br> **FIRST REQUEST** |

       Pursuant to Local Rules 6-1 and 7-1, Plaintiff Larry Norman ("Plaintiff"), and Defendant Weststar Credit Union ("Weststar"), by and through their respective attorneys of record, stipulate as follows:

### STIPULATION

       1.    Plaintiff filed his Complaint on July, 3, 2018 [ECF No. 1].

       2.    Weststar retained counsel on July 9, 2018, and a short extension is necessary to allow Weststar's counsel to obtain the file and investigate the allegations in the Complaint before responding.

       3.    Plaintiff and Weststar also anticipate in engaging in settlement discussions on this case and wish to extend the deadline for Weststar to respond to the Complaint until August 14, 2018. This will allow the parties to continue settlement discussions without incurring additional

-1-

fees and expenses.

4. Weststar requests additional time to file a response to the Complaint and Plaintiff does not object to the request.

5. This stipulation is made in good faith and not for the purposes of delay.

6. Therefore, the parties agree that Weststar's response to the Complaint is now due on or before **August 14, 2018**.

DATED: July 24, 2018.

GORDON REES SCULLY
MANSUKHANI LLP

/s/ Robert S. Larsen
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Lynne K. McChrystal, Esq.
Nevada Bar No. 14739
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Westar Credit Union*

DATED: July 24, 2018.

KNEPPER & CLARK, LLC

/s/ Matthew I. Knepper
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

and

DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123

*Attorneys for Plaintiff Larry Norman*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: 7/25/18

-2-